# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:15-cv-02501-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| EAGLE ROCK ASSET MANAGEMENT, LLC, et al., | (Docket No. 26) |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to stay litigation. Docket No. 26. The parties submit that a stay is appropriate because of various unnamed Ninth Circuit and Nevada Supreme Court cases may impact these proceedings. Docket No. 26 at 2. The parties, however, fail to provide citations to these cases or any discussion of these cases' procedural posture. *See id.* Accordingly, the Court cannot determine the length of the stay or whether a stay is appropriate and, therefore, the parties' stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge