# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:15-cv-02501-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| EAGLE ROCK ASSET MANAGEMENT, LLC, et al., | (Docket No. 29) |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to stay litigation. Docket No. 29. The parties request a stay contingent on a stay in a related state action. *Id.* at 2. The parties must, therefore, determine whether their request for a stay in the state action is granted before requesting a stay in the instant case. Accordingly, the parties' stipulation to stay litigation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: June 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge