1  H. SUNNY JEONG, ESQ.
   Nevada Bar No. 12981
2     E-Mail: Sunny.Jeong@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  702.893.3383
   FAX: 702.893.3789

5

6

7

8                          DISTRICT COURT

9                     CLARK COUNTY, NEVADA

10

11  Wells Fargo Bank, N.A.,                     CASE NO. 2:15-cv-02501-GMN-NJK

12              Plaintiff,

13         vs.                                  **MOTION TO WITHDRAW
                                                AND REMOVE COUNSEL FROM
14  Eagle Rock Asset Management, LLC, et al.,   SERVICE LIST**

15              Defendants.

16

17         H. Sunny Jeong, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP,

18  brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and

19  Mailing Matrix.  While affiliated with the law firm LIPSON, NEILSON, COLE, SELTZER &

20  GARIN, P.C. ("LNCSG"), Counsel previously represented Defendant Wine Ridge Estates

21  Homeowners' Association ("Defendant") in this matter.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4849-5210-3733.1

1    Counsel is no longer affiliated with LNCSG, no longer represents Defendant, and has no

2 further need to receive CM/ECF notifications in this case.  Because LNCSG still represents

3 Defendant, no parties are prejudiced by this withdrawal.

4        DATED this 3rd day of August, 2016

5                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7                                    By        /s/ H. Sunny Jeong

8                                          H. SUNNY JEONG, ESQ.
                                           Nevada Bar No. 12981
9                                          6385 S. Rainbow Boulevard, Suite 600
                                           Las Vegas, Nevada 89118
10                                         Tel. 702.893.3383

11

12  IT IS SO ORDERED.

13  Dated this __3rd__ day of August, 2016

14

15   _____

16          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW