1  LIPSON NEILSON P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   KAREN KAO, ESQ.
3  Nevada Bar No. 14386
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
5  (702) 382-1512 - Facsimile
   bebert@lipsonneilson.com
6  kkao@lipsonneilson.com

7  *Attorneys for Defendant*
   *WINE RIDGE ESTATES HOMEOWNERS ASSOCIATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE ROCK ASSET MGMT, LLC, a DE LLC; LEGAL INC., LLC, a NV LLC; WINE RIDGE ESTATES HOMEOWNERS ASSOC, a NV non-profit corp; HAMPTON & HAMPTON COLLECT, LLC, a NV LLC; BI JUN CHEN, an individual;<br><br>Defendants. | CASE NO. 2:15-cv-02501-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**(FIRST REQUEST)** |

Defendants WINE RIDGE ESTATES HOMEOWNERS ASSOCIATION ("HOA"), BI JUN CHEN, and LEGAL INC., LLC, and Plaintiff WELLS FARGO BANK, N.A., by and through their respective counsel of record, hereby agree and stipulate as that the deadline for Defendants WINE RIDGE ESTATES HOMEOWNERS ASSOCIATION, BI JUN CHEN, and LEGAL INC., LLC to file their respective Motions for Summary Judgment shall be extended two (2) weeks from February 11, 2019, to February 25, 2019.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that the Parties have entered into settlement negotiations and would like to continue

- 1 -

those discussions without incurring the additional costs of preparing and filing dispositive motions against each other. If a resolution is not reached prior to the extended dispositive motion deadline, then the Parties shall proceed with dispositive motion practice. This is the Parties' first request for an extension, and is made in good faith and not for purpose of delay.

DATED this 11th day of February, 2019.

LIPSON NEILSON P.C.

By: /s/ Karen Kao
   J. WILLIAM EBERT, ESQ.
   Nevada Bar No. 2697
   KAREN KAO, ESQ.
   Nevada Bar No. 14386
   9900 Covington Cross Drive
   Suite 120
   Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
   (702) 382-1512 - Facsimile
   bebert@lipsonneilson.com
   kkao@lipsonneilson.com

*Attorneys for Defendant Wine Ridge Estates Homeowners Association*

DATED this 11th day of February, 2019.

SNELL & WILMER, L.L.P.

By: /s/ Wayne Klomp
   JOHN DELIKANAKIS, ESQ.
   Nevada Bar No. 5928
   WAYNE KLOMP, ESQ.
   Nevada Bar No. 10109
   3883 Howard Hughes Pkwy., Ste. 1100
   Las Vegas, Nevada 89169-5958
   (702) 784-5200 - Telephone
   (702) 784-5252 – Facsimile
   jwillis@swlaw.com
   wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED this 11th day of February, 2019.

HONG & HONG

By: /s/ Joseph Y. Hong
   JOSEPH Y. HONG, ESQ.
   Nevada Bar No. 5995
   10781 W. Twain Ave.
   Las Vegas, Nevada 89135
   (702) 870-1777 - Telephone
   (702) 870-0500 – Facsimile
   Yosuphonglaw@gmail.com

*Attorneys for Defendants Bi Jun Chen and Legal Inc., LLC*

\ \ \

\ \ \

\ \ \

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: __February 12_____, 2019.

_____
United States Magistrate Judge

Submitted by:

LIPSON NEILSON P.C.

By: /s/ Karen Kao_____
    J. WILLIAM EBERT, ESQ.
    Nevada Bar No. 2697
    KAREN KAO, ESQ.
    Nevada Bar No. 14386
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500 - Telephone
    (702) 382-1512 - Facsimile
    bebert@lipsonneilson.com
    kkao@lipsonneilson.com
    *Attorneys for Defendant WINE RIDGE ESTATES HOMEOWNERS ASSOCIATION*