John S. Delikanakis, Esq.
Nevada Bar No. 5928
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-5958
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: jdelikanakis@swlaw.com
      wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>    Plaintiff,<br><br>vs.<br><br>EAGLE ROCK ASSET MANAGEMENT, LLC, a foreign limited-liability company; LEGAL INC., LLC, a Nevada limited-liability company; WINE RIDGE ESTATES HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; HAMPTON & HAMPTON COLLECTIONS, LLC, a Nevada limited-liability company; BI JUN CHEN, an individual;<br><br>    Defendants. | Case No. 2:15-cv-02501-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Wells Fargo Bank, N.A., ("Wells Fargo"), Bi Jun Chen ("Chen"), Legal Inc., LLC ("Legal Inc."), and Wine Ridge Estates Homeowners' Association (the "HOA", and together with Wells Fargo, Chen, and Legal Inc., the "Parties"), stipulate and agree that an order may be entered dismissing this action, and each and all of the claims and causes of action asserted herein, with prejudice, with each party to bear its own attorneys' fees and costs. Defendant Eagle Rock Asset Management, LLC never appeared in this action and is likewise dismissed. Defendant Hampton & Hampton Collections, LLC was dismissed on May 23, 2016 (ECF No. 28).

4835-7858-0362

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

DATED this 5th day of April, 2019.

SNELL & WILMER L.L.P.

By: /s/ Wayne Klomp
John Delikanakis, Esq. (NV Bar No. 5928)
Wayne Klomp, Esq. (NV Bar No. 10109)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-5958

*Attorneys for Plaintiff Wells Fargo Bank*

DATED this 5th day of April, 2019.

HONG & HONG

By: /s/ Joseph Y. Hong
Joseph Y. Hong, Esq. (NV Bar No. 5995)
10781 W. Twain Ave.
Las Vegas, Nevada 89135

*Attorneys for Defendants Bi Jun Chen and Legal Inc., LLC*

DATED this 5th day of April, 2019.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Karen Kao
J. William Ebert, Esq. (NV Bar No. 2697)
Karen Kao, Esq. (NV Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Wine Ridge Estates Homeowners' Association*

**IT IS SO ORDERED.**

DATED this __10__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

4835-7858-0362